EXHIBIT 1

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR19-230 JLR |
|---|---|
| Plaintiff, | DECLARATION OF PROPOSED THIRD-PARTY CUSTODIAN |
| vs. | |
| LEONTAI BERRY, | |
| Defendant. | |

### DECLARATION OF DANASIA WHIDDEN-HERRON

I, DANASIA WHIDDEN-HERRON, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am Leontai Berry's fiance. We live together in Federal Way and are expecting our first baby.
2. Leontai and I both work full-time in downtown Seattle and share one vehicle. He works at Facebook on Dexter Avenue, and I work about a block away. We commute together every morning and evening.
3. I support Leontai's release and pledge to act as his third-party custodian during the pendency of this case. I understand that means that if he were to violate any release conditions, it would be my duty to report that violation to his Pretrial Services Officer.

DECLARATION IN SUPPORT OF RELEASE- 1
DANASIA WHIDDEN-HERRON

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

4. Among the potential release conditions, I understand that Leontai will be ordered to abstain from using or consuming any controlled substances. He has never used alcohol or drugs since I have known him so I am confident that he will not struggle with that condition.

5. I further understand that as a condition of his release, he will be prohibited from possessing firearms. I promise the court that there are no firearms in our home, that there will be no firearms in our home, and that if Leontai were to possess a firearm in our home or elsewhere, I would report that violation to his Pretrial Services Officer.

6. I further promise to ensure that Leontai will make his court appearances as required.

7. I will be in court at Leontai's detention hearing to answer any questions that the court may have.

Signed and sworn under penalty of perjury in Federal Way, Washington this __ day of November, 2019

*Read and approved via email 11/14/19*

_____

Danasia Whidden-Herron
Fiance of Leontai Berry
Xxxxxx Avenue Apt. X
Federal Way, WA 98xxx

DECLARATION IN SUPPORT OF RELEASE- 2
DANASIA WHIDDEN-HERRON

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

EXHIBIT 2

Urban League of Metropolitan Seattle

Empowering Communities.
Changing Lives.

November 14, 2019

To: The Honorable Judge Peterson

**RE:** Leontai Berry

Subject: Release and reentry support

Dear Judge Peterson:

Thank you for taking the time to read this missive as it is in support of Leontai Berry being released from the unfortunate grips of incarceration. I am the Program Manager in our Education Department here at the Urban League of Metropolitan Seattle, in which I am over community engagement and programming while offering various supports for those in need who are either justice impacted or stand the risk of being justice impacted.

The program I head is called G.R.O.O.M. in which stands for Gifted Regardless Of Oppressive Methods. I have been working with Mr. Berry for a little over a years time and in doing so I have witnessed his growth. He has been reliable in attending community meetings and maintaining employment.

Mr. Berry is a respectful young man who has witnessed many challenges in life in which he had only the tools offered from his environment in order to respond to life with. We have been and will continue to work with Mr. Berry in the effort to provide him with different tools to either utilize or help him develop a different perspective on how the tools he does possess could be utilized differently.

Throughout the time I have been working with Mr. Berry he has more than demonstrated the ability to being accountable in correcting himself in the effort to show up differently so he can get different results.

Mr. Berry posses no risk of not showing up for court and we are more than willing to continue our supports for Mr. Berry while he is in community and can access best services to help meet his needs so he can be a functioning and reliable positive community member in society.

Office | 206.461.3792
Fax | 206.461.8425

105 14th Ave., Suite 200
Seattle, WA 98122
www.UrbanLeague.org


@SeaUrbanLeague



Once again, thank you for taking the time to read this letter and taking its contents into consideration. We are in hopes Mr. Berry can be released where he can access the necessary supports that not only help him but also benefit society.

Thank you and take care.

Respectfully,

*Willard C. Jimerson Jr.*
Urban League of Metropolitan Seattle
Program Manager/G.R.O.O.M.
105 14th Avenue, Suite 200
Seattle, WA 98122

Office | 206.461.3792
Fax | 206.461.8425

105 14th Ave., Suite 200
Seattle, WA 98122
www.UrbanLeague.org

@SeaUrbanLeague


# Cathy Gormley

| | |
|---|---|
| From: | Cathy Gormley <cathy@cgormleylaw.com> |
| Sent: | Friday, November 15, 2019 8:32 AM |
| To: | Corn Dog |
| Subject: | FW: Leontai Berry |

From: Willard Jimerson Jr <wjimerson@urbanleague.org>
Sent: Friday, November 15, 2019 7:40 AM
To: Cathy Gormley <cathy@cgormleylaw.com>
Subject: Re: Leontai Berry

Thank you for reaching out and the support letter has been emailed. Good luck and looking forward to connecting with Leontai upon release so we can move in with some specialized supports.



Program Manager
G.R.O.O.M.
105 14th Avenue, Suite 200
Seattle, WA 98122
wjimerson@urbanleague.org
C 206.265.1323
P 206.461.3792
F 206.461.8425

 Urban League of Metropolitan Seattle

Find us online:

