THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LEONTAI BERRY,<br><br>Defendant. | No. CR19-0230JLR<br><br>ORDER GRANTING<br>CONTINUANCE OF TRIAL DATE |

This matter, having come before the Court on the Motion of defendant Leontai Berry to continue the trial date from January 21, 2020, to June 8, 2020, and the Court having considered the motion and finding that failing to grant this motion would deny the attorney for defendant Leontai Berry the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial, it is hereby:

ORDERED that the trial date herein is continued to June 22, 2020 and the pretrial motions due date is continued to May 14, 2020.

PROPOSED ORDER CONTINUING
TRIAL DATE -- 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091

IT IS FURTHER ORDERED that, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C., Section 3161-3174, the period of delay from December 20, 2019 to June 22, 2020 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED this 27th day of December, 2019.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
600 1st Avenue Suite 304
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

PROPOSED ORDER CONTINUING
TRIAL DATE -- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091

# CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on          December 19, 2019         ,
I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

PROPOSED ORDER CONTINUING
TRIAL DATE -- 3

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091