HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR19-0230JLR-1 |
|---|---|
| Plaintiff, vs. | ORDER GRANTING MOTION TO MODIFY BOND |
| LEONTAI BERRY, | |
| Defendant. | |

THE COURT has considered Mr. Berry's motion to modify his bond and the records and files therein.

It is now ORDERED that Mr. Berry's bond be modified to remove the drug testing condition. All other conditions of bond remain in place.

DATED this 3rd day of April, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

ORDER GRANTING MOTION TO MODIFY BOND
-- 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091

Presented by:

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Attorney for Leontai Berry

CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on April 2, 2020          , I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

ORDER GRANTING MOTION TO MODIFY BOND -- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ϖ FAX (206) 622-9091