The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LEONTAI BERRY and<br>SHANNON MCCALL,<br><br>                Defendants. | CASE NO. CR19-230 JLR<br><br>**STIPULATED MOTION FOR AN ORDER ADDRESSING THE CONTINUANCE OF THE TRIAL**<br><br>Noted for Consideration on:<br>April 22, 2020 |

On the afternoon of March 6, 2020, General Order 01-20 for the Western District of Washington was issued to address the impact regarding the spread of Coronavirus Disease 2019 (COVID-19) within the Western District of Washington. Among other things, the order continues civil and criminal matters including trials. That Order states that interim guidance from the Centers for Disease Control and Prevention (CDC) and the recommendations from the Departments of Public Health for Seattle and King county all suggest that individuals at higher risk – including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people. As a result, and consistent with those recommendations that Order directs the continuance of court proceedings including trials.

Motion to Continue Trial
*United States v. Berry & McCall*, CR19-230 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Since the issuance of General Order 01-20, the President of the United States has
2  declared a public health emergency in response to the spread of COVID-19, and the
3  Governor of the State of Washington has issued a stay at home order.  Further, the Centers
4  for Disease Control and other public health authorities, are recommending increasingly
5  strigent social distancing measures such as leaving at least six feet between people and
6  continuing to encourage any vulnerable individual to avoid public spaces.

7  In keeping with these recommendations on April 14, 2020, the Chief Judge signed
8  General Order No. 07-20.  Among other things, this Order suspends all jury proceedings in
9  this District until July 1, 2020.  As with the four earlier orders, this General Order is based
10 on the outbreak of Coronavirus Disease 2019 (COVID-19), throughout the United States
11 and, in particular, in the Western District of Washington and is directed at complying with
12 health directives aimed at stopping the spread of this virus.

13 Consistent with these health directives, even if jury service is a basis for requiring
14 people to leave their homes, the recommended social distancing measures would make it
15 extremely difficult, if not impossible, to select a jury and proceed with a trial while allowing
16 all participants to remain at the recommended distance six foot distance.  Because of the
17 nature of the jury selection process, it would also be difficult to comply with the type of
18 cleaning protocols that would be required if jury selection were to take place.  Moreover, the
19 Court is not equipped to provide the type of personal protective supplies that would be
20 necessary to ensure the health and safety of the Jurors, the defendant, the lawyers, the United
21 States Marshals, the court personnel, the public and the Court if normal procedures were
22 used.

23 Based on these facts, pursuant to 18 U.S.C. § 3161(h)(7)(A), we ask the court to find
24 that ends of justice served by continuing the trial in this case outweighs the best interest of
25 the public and the defendant to a speedy trial.  Further, because it is as yet unclear when
26 proceeding with a trial would not place the health and safety of all participants at risk, we ask
27 the court to strike the trial date and set a status conference on or after July 1, 2020, when an
28 appropriate trial date can be established.  We further request that the time from the date of

Motion to Continue Trial
*United States v. Berry & McCall*, CR19-230 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | the entry of any order pursuant to this motion and the trial date established at the status |
| 2 | conference be excluded from time period during which the case must proceed to trial under |
| 3 | the Speedy Trial Act. |
| 4 |     Undersigned counsel has conferred with Cathy Gormley, counsel for Leontai Berry, |
| 5 | and Christopher Carney, counsel for Shannon McCall, and each has stipulated to this motion. |
| 6 | |
| 7 |     Dated this 22nd day of April, 2020. |

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/  *Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  Jessica.Manca@usdoj.gov

Approved via email:

*/s/ Cathy Gormley*
CATHY GORMLEY
Counsel for Leontai Berry

*/s/ Christopher Carney*
CHRISTOPHER CARNEY
Counsel for Shannon McCall

Motion to Continue Trial
*United States v. Berry & McCall*, CR19-230 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

On April 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the case's CM/ECF participant(s).

Dated this 22nd day of April.

/s/ *Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  Jessica.Manca@usdoj.gov

Motion to Continue Trial
*United States v. Berry & McCall*, CR19-230 JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970