The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LEONTAI BERRY,<br><br>                Defendant. | CASE NO. CR19-0230JLR<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

    Having considered the record in this matter, the Court finds that a restriction on the defendant's computer and internet use remains an appropriate least restrictive condition reasonably necessary to assure the safety of the community while the defendant remains out of custody, provided the defendant is permitted to access computers and the internet for work and educational purposes. *See* 18 U.S.C. § 3142(c)(1)(B). Accordingly, the Court GRANTS IN PART AND DENIES IN PART the Defendant's Motion to Modify Conditions of Release (Dkt. 41).

    Regarding the defendant's computer and internet use, the defendant's appearance bond (Dkt. 24) shall be modified as follows:

Order Granting in Part and Denying in Part
Motion to Modify Conditions of Release
*United States v Berry*, CR19-230 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The defendant shall not access the internet, or private or public computer networks, without prior approval of Pretrial Services. Using, possessing, or accessing a computer or the internet for work and educational purposes is authorized and does not require prior approval. The defendant is prohibited from using, accessing, or communicating through social media platforms, including, but not limited to, Facebook, Snapchat, and Instagram.

IT IS SO ORDERED.

Dated this 24th day of April, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*/s/ Jessica M. Manca*_____
JESSICA M. MANCA
Assistant United States Attorney

Order Granting in Part and Denying in Part
Motion to Modify Conditions of Release
*United States v Berry*, CR19-230 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970