The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-0230JLR |
| Plaintiff, | |
| v. | MINUTE ORDER RESETTING STATUS HEARING |
| LEONTAI BERRY & SHANNON MCCALL, | |
| Defendants. | |

    The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

    Having considered the record in this matter, and pursuant to General Orders 02-20 and 03-20 for the Western District of Washington, the Court previously found the trial date of June 22, 2020, could not proceed as scheduled, and the ends of justice served by granting a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

    On May 13, 2020, Chief United States District Judge Ricardo S. Martinez entered General Order 08-20, which extended the procedures established by General Orders 02-20 and 03-20 until July 31, 2020, and continued all criminal in-person hearings and trial dates in

1  the Seattle and Tacoma courthouses scheduled to occur before August 3, 2020.

2      Accordingly, the trial date in this matter remains vacated and the status hearing set for July 2, 2020 at 10:00 a.m., is continued to **August 10, 2020, at 2:30 p.m.**  The purpose of the status conference will be to discuss a date on which the trial can be scheduled and take place without any potential impact on the health of all participants or the community.

    IT IS FURTHER ORDERED that, pursuant to General Order 08-20, the time between July 2, 2020, and July 31, 2020, is excludable under the Speedy Trial Act, as the Court finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

    DATED this 19th day of May, 2020.

                        WILLIAM M. McCOOL,
                         Clerk of the Court

                         */s/ Ashleigh Drecktrah*
                         Deputy Clerk to Hon. James L. Robart