THE HONORABLE JAMES L. ROBART
MAGISTRATE JUDGE MICHELLE PETERSEN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LEONTAI BERRY,<br><br>Defendant. | No. CR19-230 JLR<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION TO MODIFY BOND |

THE COURT has considered Mr. Berry's motion to modify his bond and the records and files therein.

It is now ORDERED that Mr. Berry's bond be modified to permit him to contact former co-defendant, Shannon McCall on condition that he not discuss the case. All other conditions of bond remain in place.

DATED this 3rd day of Feb., 2021.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO MODIFY BOND
-- 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ☎ FAX (206) 622-9091

Respectfully Presented by:

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Attorney for Leontai Berry

CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on February 2, 2021, I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169

ORDER GRANTING MOTION TO MODIFY BOND
-- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 ☏ FAX (206) 622-9091