THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-230 JLR |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO PROCEED WITH REMOTE GUILTY PLEA BY VIDEOCONFERENCE |
| LEONTAI BERRY, | |
| Defendants. | |

This matter comes before the Court on the defendant's stipulated motion to proceed with a remote guilty plea hearing by video conference.

Having fully considered the record in this matter, the Court HEREBY FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).  Specifically, Mr. Berry was indicted on November 7, 2019, and, after a defense request for a continuance, his trial was scheduled for June 22, 2020. Dkt. 1, 32.  His trial date was vacated when COVID-19 pandemic required closure of the Seattle and Tacoma courthouses and was recently reset for July 1, 2021.  *See* Dkt. 44, 86; *see also* General Order 04-21.

ORDER GRANTING STIPULATED MOTION
TO PROCEED WITH REMOTE GUILTY PLEA
(US v. BERRY, CR19-230 JLR) - 1

During this lengthy period of trial delay necessitated by the COVID-19 pandemic, Mr. Berry has been subject to the terms of an appearance bond. Dkt. 22. Mr. Berry wants to move toward a final resolution of this matter by entering a guilty plea.

For the past year, the Court has conducted plea hearings via videoconference in an attempt to mitigate the spread of the COVID-19 virus. *See* General Order 06-21. The Chief Judge of this District has concluded that, in the interest of public health and safety, those procedures should continue through at least June 2021.

Therefore, the Court GRANTS the defendant's motion and ORDERS that a guilty plea hearing be scheduled by videoconference. The parties are directed to contact the magistrate clerks to schedule the videoconference plea hearing.

IT IS SO ORDERED.

DATED this 20th of April, 2021.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Respectfully submitted April 20, 2021

____s/Cathy Gormley_____
Cathy Gormley #26169
Counsel for Mr. Berry

ORDER GRANTING STIPULATED MOTION
TO PROCEED WITH REMOTE GUILTY PLEA
(US v. BERRY, CR19-230 JLR) - 2